(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Paul Callaway   00477616__
    (Name of Plaintiff)         (Inmate Number)

__Delaware Correctional Center__
    (Complete Address with zip code)
__1181 Paddock Road Smyrna DE.__
__19977__
(2) _____
    (Name of Plaintiff)         (Inmate Number)

08-73

_____
(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Correctional Medical Services__
(2) __Dr. Van Hussen__
(3) __Nurse Jackie__
    (Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.  **PREVIOUS LAWSUITS**

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____
   _____
   _____
   _____
   _____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • •(Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •(Yes) • •(No)

C. If your answer to "B" is Yes:

1. What steps did you take? Filed the proper medical Grievance

2. What was the result? Still Pending.

D. If your answer to "B" is No, explain why not: Waiting for Response from C.M.S. Grievance Board.

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: DR. Van Hussen, M.D.
Employed as Doctor at D.C.C.
Mailing address with zip code: 1181 paddock Road Smyrna Delaware. 19977

(2) Name of second defendant: Nurse Jackie
Employed as Nurse at Delaware Correctional Cente
Mailing address with zip code: 1181 paddock Road Smyrna Delaware. 19977

(3) Name of third defendant: Correctional Medical Services
Employed as Medical Staff at Delaware correctional Center.
Mailing address with zip code: 1181 paddock Road Smyrna Delaware 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. _____

2. _____

3. _____

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like to Be Rewarded For PAIN and suffering and Negligence.

3

2. _____
   _____
   _____
   _____
   _____

3. _____
   _____
   _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this \_\_12th\_\_ day of \_\_JAN_____, 2\_008\_.

_Paul Callaway_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

①

Tommy
Trish
Makel

On Dec 27th 2007 I was giving (trazadol) instead of (ultram). Then again on the 28th of Dec. after taking the medication on 27th of Dec I started feeling sick. Thinking that it was something I ate. So on the 28th of Dec. Nurse Jackie who gave me med's on the 27th of Dec. gave me what I thought was ultram when I asked her about it she said it was (trazadol). So I gave it back to her. Then on Dec 29th 07 she again gave me someone else's med's I. Immediately gave it back to her. She apologize. From the 29th 07 to Jan 2, 08 no high blood pressure med's on the early morning of Jan 2nd I was awaken by severe chest pain's as well as shortness of breath. I was taken to medical where my pressure was 160/110. Medical then gave me three nitro's. Which did nothing for the pain. So they called ambulance. They took me to the hospital. Where I was admitted. I was released on Jan 4th. From the fifth of Jan until Jan 9th I didn't recieve any high blood pressure med's. But someone sign off on my M.A.R. stating that I recieved med's for the day's above. On Jan 9th I went over to medical to find out about pressure. It was 168/120. They asked was I taking my med's I told them I'm not recieveing any med's and haven't recieved any since Jan 4th when I was hospitalized. Then Dr Vanhusten who days earlier would'nt tell me what kind of med's he ordered for m

which I had to sneak my chart out of Ben to ask Nurse Trish what was orderd ~~she to orderd~~ she told me it was Clonadine, Hct2, Vasotec, which I had'nt had since Jan (fourth.) ~~I~~ did'nt know why I wasn't getting my med's and didn't know how to write a Reorder of med's. the head Nurse who's name is _____ had to show Dr how to rwrite med order. after ~~that~~ I was told I could go back to my Dorm I asked to see Dr Van Hussen but was not allowed too then I seen head nurse walking by and asked her what did he order for pressure she said I will find out when I got it. From Dec 5th

till now my pressure is still ~~~~ High It should'nt be thats because one day I'll get meds and the next day I wont get med's. I'm suppose to get my blood pressure med's at 9:00 am. every mornin Since Jan 4th I havent Recieved no med's accept once which was Jan 11th, Jan 12th 2008 I went for pressure check It was 160/119 ~~then~~ they called Doctor ~~~~ Before he ordered anything It was taking again this time It was 152/116 so the Doctor orderd (Tennormi (50mg) So I'm taking five Different med's for High blood pressure. But before I came to Jail It was Just fine. the only med's I was taking (Clonadine 0.1 mg)

③

JAN 13th 2008   did not recieve my 9:00 am med's for my pressure. this is the get one day don't the next that I was talking abou

JAN 14th 2008   was called to medical to see Doctor VAN Gussen. but he refused to treat me. he said I insulted him last time I seen him. Nurse told him that my condition was critical but he still refused I sat there waiting to be seen by him. but he didn't see me. another doctor had to see me also I learned that they haven't done the proper blood work for my serious health conditions. It was ordered Dec 8th 2007 It's now JAN 14th and It hasn't been done. also as of right now they are over medicating me. I'm now taking five blood pressure med's. when I'm only suppose to be taking one. me and the doctor talk and he said he would up the (mg) on one and stop the others. It is now six days and they are still giving me the other med's. over medicating is as serious as under medicating for some reason they can't get it right and I'm paying for it. Thurs JAN 17th found out that were giving me a medication that Doctor took me off last week. was still giving to me until today. as I said over medicating me.

Jan 17th 2008 went to Infirmary seg for blood work that was suppose to have drawn on Dec 8th 2007.

JAN 18, 2008 I went to medical Because of chest pains and shortness of Breath. I told them where the pain was the doctor said they was going to check my left flank and see if I had kidney stones they did'nt do eithe they just gave me cough syrup for my cough and nitroglycerin for the chest pain they said whenever I'm having chest pain take a nitro. so I don't have to go to medical I don't understand. also they took me off one of the High blood pressure med's (vasotec) they said it was causing me to cough. and they said tenormin 50 mg. was orderd on the 12th of Jan But I haven't been recieved it. she the doctor kept asking me why I haven't been recieving it I told her I don't know why. so it's been six day's without one of the med's I'm suppose to be taking.

JAN 19th 2008 No pain med's which is the third day without pain med's my Back is really hurting which in turn raises my pressure. I'm really tired of suffering like this theres no way they should run out of med's like that. each person is orderd there own med's so how can everybody be out of the same medication

JAN 22, 08

No pain med's this is the 2nd day out four days that I'm going without my medication. again one day they have it the next they don't

JAN 24th  At 8:30 pm medication time. I found out that the pain med. Vicodin is being given to inmates but I was told by Dr Van Hussen that they stopped given it out. this was told on numerous occasions when I asked for something stronger then mobic. I explained to the Doctor that I was taking a much stronger medicine then mobic. and that the mobic was Not working I don't know why they couldn't give me Vicodin also the first day here Dec 5th they gave me one Vicodin after that I was told they stopped giving Vicodin to inmate's why then did I see inmate recieving Vicodin.

<u>FORM #585</u>

MEDICAL GRIEVANCE

FACILITY: DCC

DATE SUBMITTED: JAN 24, 08

INMATE'S NAME: Paul Callaway

SBI#: 477616

HOUSING UNIT: B/Annex Dorm 2

CASE #:

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: JAN 24, 2008

TYPE OF MEDICAL PROBLEM:

The type of medical problem I'm having is that I was lied to by Doctor Van Hussen he told me when I complained about ultram/mobic wasn't working he said that they our not giving Narcotics for pain any more, well I know for a fact that they are, and that I have a legitimate complaint Because they have medical proff that I was taking Narcotic for my pain, and also JAN 24 2008, they are still giving narcotic pain med's.

GRIEVANT'S SIGNATURE: Paul Callaway

DATE: JAN 24, 2008

ACTION REQUESTED BY GRIEVANT: I would like to know why I was lied to and why are certain people Recieving pain med's like Vicodin, oxycotin and I'm not when It's on Record that I was taking same med my pain is just as bad as theres. plus pain Raises my pressur

DATE RECEIVED BY MEDICAL UNIT:

<u>NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.</u>

I/M Paul Callaway
SBI# 477666  UNIT Blanner Dorm 2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

Clerk
U.S. District Court
Lockbox 18  844 N. King Street
Wilmington, De 19801