IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL CALLAWAY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-73-GMS |
| CORRECTIONAL MEDICAL SERVICES, DR. VAN HUSSEN, NURSE JACKIE, | ) ) ) ) |
| Defendants. | ) |

**AUTHORIZATION**



FILED
FEB 20 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

I, Paul Callaway, SBI #477616 request and authorize the agency holding me in custody to disburse to the Clerk of the Court all payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated February 14, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: Feb. 14, 2008.

_Paul Callaway_
Signature of Plaintiff

I/M Root Callaway
SBI# 477616  UNIT W-Building G-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
19 FEB 2008 PM 3 T

Office of the Clerk
United states District Court
844 N. King Street, lockbox 18
Wilmington, Delaware
19801-3570