IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Paul Callaway,
   Plaintiff,

-v-

Correctional Medical Services,
Dr. VanDussen, Nurse Jackie,
            Defendants.

Civil Action No. 08-73-GMS

MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT



    Plaintiff, Paul Callaway, pursuant to Rule 15(a) and 19(a), Fed. R.Civ.P., request leave to file an amended complaint adding parties, correcting a defendant's name, removing a defendant, and correcting the structure and nature of his complaint.

    1. The plaintiff filed his origional complaint on January 12, 2008.

    2. Since the filing of the complaint the plaintiff has determined that he needs to add other defendants to his complaint (some of which will be listed as John and Jane Does, until they can be identified through discovery).

    3. Since the filing of the complaint the plaintiff has determined that he needs to remove defendant "Correctional Medical Services" from his complaint since discovering that they can not be held for vicarious liability in a 42 U.S.C. § 1983 complaint.

    4. Since the filing of the complaint the plaintiff has determined that defendant "Dr. Van Hussen" is spelled incorrectly and should be corrected as "Dr. VanDussen".

    5. Since the filing of the complaint the plaintiff has determined that his complaint needs to be corrected and facts added to it. Although complaints are to be construed liberally for pro-se pet-

itioners, the plaintiff has sought the assistance of a "Jail house Lawyer" to assist him with amending his complaint to bring it up to legal standards. Because the plaintiff has no other alternative in preparing his petitions, he has sought the assistance of another inmate, Johnson v. Avery, 393 U.S. 483, 490 (1969).

6. This Court should grant leave freely to amend a complaint, Foman v. Davis, 371 U.S. 178, 182 (1962).

Respectfully submitted,

Date: Feb 26, 2008

Paul Callaway
Paul Callaway
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

I/M Paul Callaway
SBI# 477616   UNIT W-Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
27 FEB 2008 PM 3 T

office of the clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570