To whom it may concern;   08-73

I, Paul Callaway, am not in the Correctional ~~facility~~ facility I have been released on March 27 Any mail that has returned to you, Could you please foward it to my home address.

468 D Country Village Apts.
Dover Delaware 19901

Thank you
Paul Callaway

**FILED**
APR -2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Paul Calloway
468 S Country Village. Apts.
Dover De 19901

WILMINGTON DE 197
01 APR 2008 PM 1 T

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington De. 19801-3570