IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL CALLAWAY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-73-GMS |
| DR. VAN DUSSEN, NURSE JACKIE, JOHN DOE, AND JANE DOE, | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, on April 18, 2008, plaintiff, having been released from prison, submitted a new standard form application to proceed without prepayment of fees;

At Wilmington, this 22nd day of April, 2008, the Court having considered plaintiff's application;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED
APR 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE