TO: Clerk of Court
FROM: Paul Callaway   Civ.A.No. 08-73 GMS
RE: Amended complaint


Dear Sir:
    Enclosed is a copy of my amended complaint. In the complaint are new defendants. I would also like to remove defendants Dr. VanDusen, and Correctional Medical Services.
    Your assistance with these changes will be greatly appreciated. This Honorable Court granted me leave to amend this complaint on this 18th day of April, 2008.


DATE: 4-18-2008

Respectfuly submitted,

Paul Callaway
Paul Callaway



APR 2 2 2008

U.S. DISTRICT
DISTRICT ...WARE



WILMINGTON DE 197

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington Delaware 19801-3570

Paul Gallagher
4835 South College Hills
Dover, Delaware 19901

*IN THE UNITED STATES DISTRICT COURT*

*FOR THE DISTRICT OF DELAWARE*

Paul Callaway,
    Plaintiff,

v.                                                           Civil Action No. 08-73-GMS

Dr. Zarandy, Ihoma Chuks, NP,

Nurse Jackie Doe,
    Defendants.

### Amended Complaint Pursuant to 42 U.S.C. Section 1983

#### I.    Jurisdiction & Venue

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

The District for Delaware is an appropriate venue under 28 U.S.C. section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

#### II.    Plaintiff

The Plaintiff in the above action case, is and was at all times mentioned herein a prisoner of the State of Delaware in the custody of the Delaware Department of Corrections. He is currently confined in the Delaware Correctional Center, in Smyrna, Delaware.

#### III.    Defendants

Defendant, Dr. Zarandy is the Doctor employed by Correctional Medical Services at the Delaware Correctional Center. He is legally responsible for the prompt and adequate health care of the plaintiff at this institution.

Defendant, Nurse Jackie Doe (last name unknown) is a Nurse employed by Correctional Medical Services at the Delaware Correctional Center. She is responsible for the prompt and adequate health care of the plaintiff at this institution.

FILED
APR 2 2 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

  Defendant, Ihoma Chuks is a Nurse Practitioner employed by Correctional Medical Services at the Delaware Correctional Center. She is responsible for the prompt and adequate health care of the plaintiff at this institution.

  Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

## IV. Facts

  On December 27, 2007 the plaintiff was given the wrong nurse administered medication at morning medication call by Nurse Jackie. It was discovered that the plaintiff was given the medication "Trazadol" instead of the medication "Ultram" which he was prescribed. The plaintiff began feeling ill after taking said medication.

  Again on December 28, 2007 the plaintiff was given the wrong medication by Nurse Jackie at morning medication call. The plaintiff questioned her as to what the medication was this time before taking it, and she stated that it was "Trazadol". The plaintiff immediately gave the medication back to her.

  Again on December 29, 2007 the plaintiff was given the wrong medication that belonged to another inmate by Nurse Jackie. The plaintiff gave it back to her and she apologized for the repeated mistakes for the past three days.

  The plaintiff is also on high blood pressure medication of which he ran out of from December 29, 2007 thru January 2, 2008. The medical staff was notified that he didn't have his high blood pressure medication.

  During the early morning of January 2, 2008, the plaintiff was awakened by severe chest pains as well as shortness of breath. The plaintiff was taken to medical where his blood pressure was checked and found to be 160/110. The plaintiff was given three nitro glycerin pills which did nothing for the pain. Subsequently, the plaintiff was immediately sent by ambulance to the outside hospital where at which time he was admitted. The plaintiff was released from the hospital on January 4, 2008.

  Upon returning to the prison after his discharge from the hospital, the plaintiff was once again without his high blood pressure medication from January 5, 2008 thru January 9, 2008.

  The plaintiff went over to the prison infirmary on or about January 9, 2008 to get his blood pressure checked and found out that it was 168/120. The medical staff asked the plaintiff if he had been taking his high blood pressure medication, at which time he told them that he hadn't received his high blood pressure medication since January 4, 2008.

  Dr. Zarandy, the doctor responsible for treating the plaintiff at the prison, would not tell the plaintiff what medications he ordered for him. The plaintiff had to sneak his medical chart off the nurse's cart in the pre-screening area and ask Nurse Trish what medications the doctor ordered for

him. Nurse Trish read the medical chart and informed him that the doctor ordered him "Clonadine, "HCTZ", and "Vasotec" (which the plaintiff had been without since January 4, 2008).

Dr. Zarandy couldn't understand why the plaintiff wasn't receiving his medication as ordered. It was later discovered that Dr. Zarandy didn't know how to fill out the proper forms for medication renewals and had to be showed how by Head Nurse Brendan Lucas.

From December 5, 2007 to present, the plaintiff's blood pressure is still high and out of control. The plaintiff is still not receiving his medication as prescribed. Plaintiff is suppose to be receiving blood pressure medication every morning at 9:00 AM, but is not receiving it.

Since January 4, 2008 the plaintiff has only received his blood pressure medication one time, January 11, 2008.

On January 12, 2008, the plaintiff went to have his blood pressure checked and found out it was 160/119. The medical staff called the doctor who ordered "Tennormin" 50 mg. Before the plaintiff's incarceration, the only blood pressure medication he was taking was "Clonadine" 0.1 mg. The plaintiff's blood pressure was good and under control until he was being treated by the prison medical staff at the Delaware Correctional Center.

On January 14, 2008, the plaintiff was called to medical to see Dr. Zarandy the doctor however refused to treat the plaintiff stating that, "The plaintiff insulted me the last time I saw him". A nurse told Dr. Zarandy that the plaintiff's condition was critical but the doctor still refused to see the plaintiff.

On January 17, 2008, the plaintiff found out that the nurses were administering medication to him that the doctor discontinued a week prior.

On January 17, 2008, the plaintiff was finally called to the infirmary for blood work that was supposed to be taken on December 8, 2007.

On January 27, 2008, the plaintiff asked the correctional officer of his housing unit to call medical because he was having chest pains. The plaintiff was immediately sent to the infirmary and was only seen briefly by Nurse Practitioner Ihoma Chuks whom knowing the plaintiff's health condition never once did an EKG. She stated to the plaintiff that the last time he had an EKG done that it was normal. She gave the plaintiff a bottle of nitro glycerin pills without even examining him and asked the nurse to take the plaintiff's blood pressure.

Upon information and belief, the plaintiff was informed by an unknown medical staff member that the nurses administering his medications from January 4, 2008 thru January 9, 2008 were marking off in his medical charts that they were giving him his high blood pressure medication even though they were not.

Upon information and belief, the plaintiff was informed by the doctor who attended to him at the outside hospital from January 2, 2008 to January 4, 2008, that he had damage done to his heart and that he should immediately see a cardiologist upon his release from prison.

## V. Exhaustion of Legal Remedies

The plaintiff used the prisoner grievance procedure available at the Delaware Correctional Center to try and solve the problem. On or about January 27, 2008, the plaintiff presented the facts relating to this complaint. As of the filing of this amended complaint, the plaintiff still has not received a formal grievance hearing to attempt to resolve the issues listed in his complaint.

## VI. Legal Claims

The plaintiff realleges and incorporates by reference paragraphs 1 through 17.

The deliberate indifference to the medical needs violated the plaintiff's rights and constituted cruel and unusual punishment under the 8th Amendment to the United States Constitution.

The plaintiff has no plain, adequate or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which the plaintiff seeks.

## VII. Prayer for Relief

Wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff:

1. A declaration that the acts and omissions described herein violated the plaintiff's rights under the Constitution and laws of the United States.

2. A preliminary and permanent injunction ordering all listed defendants to stop denying the plaintiff prompt and adequate health care.

3. Compensatory damages in the amount of $300,000 against each defendant, jointly and severally.

4. Punitive damages against each defendant in the amount of $300,000

5. A jury trial on all issues triable by jury.

6. Plaintiff's cost in this suit.

7. Any additional relief that this court deems just, proper, and equitable.

Dated: 4-18-2008

Respectfully submitted,
*Paul Callaway*

*Paul Callaway*
Paul Callaway
1181 Paddock Road
Delaware Correctional Center
Smyrna, Delaware 19977

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under the penalty of perjury that the foregoing is true and correct.

*Paul Callaway* Executed at Smyrna, Delaware on 4-18-2008.

*Paul Callaway*
Paul Callaway